IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE:<br>HUGH LEE HARDAGE<br>JENNIFER LYNN HARDAGE<br>9110 York Avenue<br>Lubbock TX 79424 | CASE NUMBER:  13-04816-8-SWH |
| **DEBTORS** | **CHAPTER 7** |

### NOTICE OF CONVERSION TO CHAPTER 7

NOW COMES the male debtor herein, by and through counsel, pursuant to 11 U.S.C. §1307(a) and hereby converts the above-captioned Chapter 13 case to a case under Chapter 7 of the United States Bankruptcy Code.  In support of such Notice of Conversion, debtor shows the following:

1. That this case was filed on August 1, 2013, under Chapter 13 of the United States Bankruptcy Code.

2. That the male debtor has determined that his plan payments will not be feasible under Chapter 13, and therefore desires to convert to Chapter 7.

3. That male debtor is eligible to proceed under Chapter 7 of the United States Bankruptcy Code in the above-captioned case and prays this Court for the following relief:

1. That the above-captioned case be converted and that male debtor be accorded relief under Chapter 7 of the United States Bankruptcy Code; and

2. For such other and further relief as this Court deems just and proper.

This the 20st day of March, 2018.

                              **THE LAW OFFICES OF CHRIS VONDERAU, PLLC.**

                              /s/ Christopher Vonderau
                              Christopher Vonderau
                              The Law Offices of Chris Vonderau, PLLC
                              NC Bar: 25019
                              4022 Shipyard Blvd.
                              Wilmington, NC  28403
                              (910) 202-3110 Phone
                              nclaw98@gmail.com